# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3744
_____

S.A., Mother of A.A. and Z.A.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____


On appeal from the Circuit Court for Alachua County.
Aymer L. Curtin, Judge.

December 18, 2018


PER CURIAM.

     AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jennifer Barbookles, Tampa, for Appellant.

Sara Elizabeth Goldfarb, Tallahassee, for the Florida Statewide Guardian ad Litem Office.

Ward L. Metzger, Department of Children and Families, Jacksonville, for Appellee.